UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>DONALD MCFARLAN, aka "G," )<br>    Defendant. ) | Docket No. 5:16-cr-94 |

**MOTION FOR DETENTION**

    NOW COMES the United States of America, by and through its attorney, Eric S. Miller, United States Attorney for the District of Vermont moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

    1. <u>Eligibility for Detention</u>.

    This defendant is eligible for detention because the case involves an offense under the Controlled Substance Act for which a maximum term of imprisonment of ten years or more is prescribed, and a serious risk that defendant will flee. *See* 18 U.S.C. §§ 3142(f)(1)(C), 3142(f)(2)(A).

    2. <u>Reason For Detention</u>

    The Court should detain the defendant because there are no conditions of release that will reasonably assure the safety of the community or the defendant's appearance in court as required.

    3. <u>Rebuttable Presumption</u>.

    The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because a federal grand jury has found probable cause to

1

believe the defendant has committed an offense under the Controlled Substance Act for which a maximum term of imprisonment of ten years or more is prescribed.

    4. Time For Detention Hearing

At the time of this filing, the United States has yet to receive a copy of the Pretrial Services report and therefore lacks information regarding the defendant's drug use and other important biographical information. Nevertheless, the government requests the Court hold the detention hearing at the defendant's arraignment. The Court should note that the defendant appeared before a United States Magistrate in the Southern District of New York on September 30, 2016 and the court ordered him detained pending his appearance in the District of Vermont.

    5. Other Matters

The factors set forth in the Bail Reform Act weigh heavily in favor of pretrial detention and the defense will be unable to rebut the presumption in favor of detention. First, the nature and circumstances of the offense are very grave. 18 U.S.C. § 3142(g)(1). The defendant has been charged with conspiring to distribute heroin and cocaine base. Moreover, the grand jury has found probable cause to believe the defendant is responsible for 100 grams or more of heroin and 28 grams or more of cocaine base. This charge demonstrates the severity of the defendant's offense. The potential five-year mandatory minimum sentence also creates an increased risk of flight.

Second, the weight of the evidence is significant. § 3142(g)(2). This evidence includes controlled purchases, seizures of large quantities of drugs, law enforcement surveillance, and witness statements.

Third, the defendant's history and characteristics militate toward detention. § 3142(g)(3). Although the government does not have the pretrial services report, the defendant's criminal

record appears to include a 1993 felony conviction for second degree robbery in New York State and multiple subsequent misdemeanor convictions.  The defendant may have pending charges in New York as well.  Equally important, the government has no evidence that the defendant has any legitimate, non-criminal connections to the Vermont community.  Due to his apparent lack of community ties, the defendant—who now faces serious federal drug charges—poses a flight risk.

    For all these reasons, there is no condition of release, or combination of conditions, that will of release that will reasonably assure the safety of the community or the defendant's appearance in court as required.

    Dated at Burlington, in the District of Vermont, November 1, 2016.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
>
> ERIC S. MILLER
> United States Attorney
>
> By: */s/Timothy C. Doherty, Jr.*
>     TIMOTHY C. DOHERTY, JR.
>     Assistant U.S. Attorney
>     P.O. Box 570
>     Burlington, VT 05402-0570
>     (802) 951-6725
>     Timothy.C.Doherty@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Liza G. LaBombard, Legal Assistant for the United States Attorney for the District of Vermont, do hereby certify that on November 1, 2016, I electronically filed the Government's **DETENTION MOTION** with the Clerk of the Court using the CM/ECF system.

Dated at Burlington, in the District of Vermont, November 1, 2016.

>  */s /Liza G. LaBombard*
> Legal Assistant
> District of Vermont
> P.O. Box 570
> Burlington, VT 05402
> (802) 951-6725