U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

2016 DEC -6 PM 3: 29

for the

CLERK

District of Vermont

BY: _____
DEPUTY CLERK

United States of America

v.                                            )
)        Case No.   5:16-cr-94-2
)
Donald McFarlan                              )
)
)

_____
*Defendant*

U.S. MARSHALS SERVICE
DISTRICT OF VERMONT
2016 JUL 14   PM 1:41
RECEIVED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Donald McFarlan                                      ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

knowingly and willfully conspired to distribute heroin, a Schedule I controlled substance, and cocaine and cocaine base, Schedule II controlled substances, in violation of 21 U.S.C. § 846

Date:   7/14/2016

_Lisa Wright_
*Issuing officer's signature*

City and state:     Burlington, Vermont

Lisa Wright  Operations Specialist
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  7/14/16 , and the person was arrested on *(date)*  10/3/16 |
| at *(city and state)*  NY, NY  . |
| Date:  12/6/17             _M. Brown_   *Arresting officer's signature* |
| M. Brown / DUSM   *Printed name and title* |